Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JASON DOERRER, et al.,

            Plaintiff(s),

   v.

G.B.T. INC., GIGABYTE GLOBAL BUSINESS CORP., & NVIDIA CORP.

            Defendant(s).

Case No: 5:15-cv-01304

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Rafey S. Balabanian, an active member in good standing of the bar of Supreme Court of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff, Jason Doerrer in the above-entitled action. My local co-counsel in this case is Samuel M. Lasser, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654 | 1934 Divisadero Street<br>San Francisco, California 94115 |
| MY TELEPHONE # OF RECORD:<br>(312) 589-6370 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 994-9930 |
| MY EMAIL ADDRESS OF RECORD:<br>rbalabanian@edelson.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>slasser@edelson.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6285687.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/25/15

                                            Rafey S. Balabanian
                                                 APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rafey S. Balabanian is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE